Lynn J. Carroll #99545
*(full name/prisoner number)*
29 North 12th Ave
Caldwell I.D. 83706

*(complete mailing address)*

U.S. COURTS

JUL 0 9 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Lynn Jason Carroll
*(full name)*

Plaintiff,

v.

Dale G. Hale
Canyon County Jail

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 21-289-BLW
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*

☐ Other federal statute *(specify)* _____; or diversity of citizenship.

☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Lynn Jason Carroll . I am a citizen of the State of Idaho,

presently residing at Canyon County Jail

**PRISONER COMPLAINT - p. 1**                           *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Dale G. Hale__ ; who was acting as __Canyon County Jail__
   (defendant)                                             (job title, if a person; function, if an entity)

for the __Idaho, Canyon County, Caldwell Jail__
         (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __June 10, 2021__ , Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
__6/10/21 I was discharged from inmate worker due to false
aligations. Deputy Kelly Ridgeff 5436 obtained several legal
documents and expect it to include atty's numbers, various
sites that were in litagation over a PREA/Drug incedents
wittnessed by Blake Closson who gathered up all those items/
papers and handed them to Kelly after my absence. He
took them into the deputy station instead of putting them
into my property bin. Coded Comm. forms on-6/10/21, 6/11/21
6/14/21, 6/16/21, 6/17/21, 6/24/21, 6/25/21, 6/25/21 to no avail or return of
property or legal aid.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Violated Constitutional rights/Civil__

4. I allege that I suffered the following injury or damages as a result:
__Undue stress, mental anguish dealing with various officers
and grievance system, extremely high blood pressure, swelling
of my legs, embarassment, retaliation of Deputies, deprived of
calling my lawyers and other legal documents/family__

5. I seek the following relief: __Re-writing of some rules and Idaho Jail Standard
Regulations, monetary relief__

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes   ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. __See line 2. Certain key grievances
were taken and not returned, those are not listed, others not listed
have been sent to my home for safety and cannot be retrieved at this
moment.__

*(Rev. 10/24/2011)*

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          |           |                |         |
|       |          |           |                |         |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗  do not ◯___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:  *Because I'm currently incarcerated*

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on *7/2/21* *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* *Jail Postal mail* .

Executed at *Dale G. Haile Jail* on *7-2-21* .
          *(Location)*                                    *(Date)*

*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*



June 10  griev, serv. video/Audio  Denied Sgt. Davidson #5470

6/11/21  Appeal , needing phone #'s, Public Rec, PREA/Drug bites  denied Lt Flores #5325

6/11/21  griev, asking to pay for all copies of submitted bites from May 1 - June 11
            denied Lt. Flores # 5225

6/11/21  Griev as being for legal papers and efforts lack, denied Sgt. Davidson #5470

6/14/21  griev- drop write up, denied Capt Patchell # 5209

6/16/21  Griev, wanting to let Sheriff know of pos. coverup  Being addressed Cpt Patchell #520

6/17/21  griev mailed only SOME bites home where are the rest, denied Capt Patchell #520

6/24/21  Comm  asking for Pen, Paper, Envelopes, Lawyers card lack, denied Sgt. Davidson #5470

6/25/21  griev  reminding Sgt. Davidson # 5470 of PREA conversation Denied Lt Engle #537

6/25/21  Griev  reminding of Sheriff office Inmate Rules Handbook, denied Sgt. Davidson #547

Blake Oleson #373498   Drves Licne   AC215514B Sat Jul 5th 20

I Blake Oleson Did witness on June 10th at around 5:30 am Had the lights to the pod #4 in the (my) side of the pod on 30 minuts or more Befor the Inmate Handbook Had indicated that the lights should Bc turned on by the Guards, Henceforth Lynn Stirnly Asked the Guard who was Breaking the Rules of ts own Handbook, to turn off the lights and the officer in my oppinion got offended & started Yelling at Lynn about standing up for His Rights, to Get out of the pod for being and uoting the Guard, "Disrespectful" so He (Lynn) left the pod without His things and I was woke By the Lights colyer and could Not get Back to sleep so when thd Guards Yelling started I woke all the way up and asked the Gaurd Politly as I can For His Name, badge Number, and A Grivance He said I would Bc Right Back with them →

and Never came back to the pod
then I started paceing around the
pod and ~~knotteed~~ Knowteced
there was still things on his
Bunk so after the "toat" of things
went to the cops watch station
I then went tward the cop
Area and told a diffrent officer
His things where at his bunk
so later they came and
gathered the things behind
where the cops Reside.
then Next I had seen
Lynn I Grave Him my Grievance
Besponce so He would Have TT
R His file. X Ba

*Lynn T Cancell* (signature)

RUSSELL BOWERS
COMMISSION #20190490
NOTARY PUBLIC
STATE OF IDAHO

7-4-21